**Denied and Opinion Filed March 23, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00385-CV**

**IN RE OMAR HENRY ON BEHALF OF E.M.H., A MINOR, Relator**

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-56857-2018**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Evans
Opinion by Justice Evans

Before the Court is relator's March 20, 2020 petition for writ of mandamus in which relator seeks a writ of mandamus to compel the trial court to return E.M.H. to relator father's care, restore his parental rights, and impose child support obligations on the mother. Relator's petition does not comply with the requirements for filing a petition for mandamus. *See* TEX. R. APP. P. 52.3. Further, entitlement to mandamus relief requires relator to show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and mandamus record, we conclude relator has failed to show

he is entitled to the relief requested. Accordingly, we deny relator's petition for writ

of mandamus.  *See* TEX. R. APP. P. 52.8(a).


                          /David Evans/
                          DAVID EVANS
                          JUSTICE

200385F.P05